# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED

NOV 05 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

RESHMA KAMATH,

CR 25 3710 EMC

DEFENDANT(S).

---

# INDICTMENT

49 U.S.C. § 46504 – Interference with Flight Crew Members and Attendants;
18 U.S.C. § 111(a) – Assaulting, Resisting, or Impeding Certain Officers or Employees;
49 U.S.C. § 46503 – Interference with Security Screening Personnel

---

A true bill.

/s/ Foreperson of the Grand Jury
                                        Foreman

Filed in open court this __4th__ day of

__November 2025__.

_____
                                        Clerk

_____ Bail, $ __Warrant__

Hon. Lisa J. Cisneros, United States Magistrate Judge

1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2



FILED

NOV 05 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



| UNITED STATES OF AMERICA, | ) CASE NO. |
| v. | ) CR 25 371 |
| | ) VIOLATIONS: |
| RESHMA KAMATH, | ) 49 U.S.C. § 46504 – Interference with Flight Crew |
| | ) Members and Attendants; |
| Defendant. | ) 18 U.S.C. § 111(a) – Assaulting, Resisting, or |
| | ) Impeding Certain Officers or Employees; |
| | ) 49 U.S.C. 46503 – Interference with Security |
| | ) Screening Personnel |
| | ) |
| | ) SAN FRANCISCO VENUE |
| | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (49 U.S.C. § 46504 – Interference with Flight Crew Members and Attendants)

On or about June 28 and 29, 2025, on board Air India Flight 173 en-route from Delhi, India, landing at San Francisco International Airport, in the Northern District of California, the defendant,

RESHMA KAMATH,

on an aircraft in the special aircraft jurisdiction of the United States, did interfere with the performance of the duties of Victim 1, a flight crew member or attendant of the aircraft, and lessen the ability of the flight crew member or attendant to perform those duties, by assaulting and intimidating the flight crew member or attendant, including by verbally abusing, threatening, and striking Victim 1.

All in violation of Title 49, United States Code, Section 46504.

INDICTMENT                                                     1

1  COUNT TWO:        (49 U.S.C. § 46504 – Interference with Flight Crew Members and Attendants)

2        On or about June 28 and 29, 2025, on board Air India Flight 173 en-route from Delhi, India,
3  landing at San Francisco International Airport, in the Northern District of California, the defendant,

4                                          RESHMA KAMATH,

5  on an aircraft in the special aircraft jurisdiction of the United States, did interfere with the performance
6  of the duties of Victim 2, a flight crew member or attendant of the aircraft, and lessen the ability of the
7  flight crew member or attendant to perform those duties, by assaulting and intimidating the flight crew
8  member or attendant, including by verbally abusing, threatening, and striking Victim 2.

9        All in violation of Title 49, United States Code, Section 46504.

10

11  COUNT THREE:    (18 U.S.C. § 111(a) – Assaulting, Resisting, or Impeding Certain Officers or Employees)

12

13        On or about June 29, 2025, in the Northern District of California, the defendant,

14                                          RESHMA KAMATH,

15  did forcibly assault, resist, oppose, impede, intimidate, and interfere with Officer 1 of U.S. Customs and
16  Border Protection, an employee of the United States as designated in Title 18, United States Code,
17  Section 1114, while the officer was engaged in and on account of the performance of his official duties,
18  including by resisting arrest by and striking Officer 1.

19        All in violation of Title 18, United States Code, Section 111(a).

20

21  COUNT FOUR:     (49 U.S.C. § 46503 – Interference with Security Screening Personnel)

22        On or about June 29, 2025, in an area within San Francisco International Airport, a commercial
23  service airport in the United States, within the Northern District of California, the defendant,

24                                          RESHMA KAMATH,

25  did knowingly assault Victim 3, an airport employee who had security duties within San Francisco
26  International Airport, and such assault interfered with the performance of the duties of the employee and
27  lessened the ability of the employee to perform those duties.

28

1  DATED: November 4, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ Kevin Yeh
KEVIN YEH
Assistant United States Attorney

All in violation of Title 49, United States Code, Section 46503.

DATED: November 4, 2025                             A TRUE BILL.

*/s/ Grand Jury Foreperson*
FOREPERSON

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kevin Yeh*
KEVIN YEH
Assistant United States Attorney

INDICTMENT                              3