# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

**NOV 05 2025**

# CRIMINAL COVER SHEET

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**_Instructions:_** _Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted along with the Defendant Information Form, for each new criminal case._

**CASE NAME:**

USA v.   Reshma Kamath

**CASE NUMBER:**

CR CR25 371 EMC

| | | | |
|---|---|---|---|
| Is This Case Under Seal? | Yes ✓ | No | |
| Total Number of Defendants: | 1 ✓ | 2-7 | 8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ | |
| Venue (Per Crim. L.R. 18-1): | SF ✓ | OAK | SJ |
| Is this a potential high-cost case? | Yes | No ✓ | |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ | |
| Is this a RICO Act gang case? | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** Kevin Yeh

**Date Submitted:** November 4, 2025

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM          SAVE PDF