# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**FILED NOV 05 2025**
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Counts 1 & 2: 49 U.S.C. § 46504 – Interference with Flight Crew Members and Attendants;
Count 3: 18 U.S.C. § 111(a) – Assaulting, Resisting, or Impeding Certain Officers or Employees
Count 4: 49 U.S.C. 46503 – Interference with Security Screening Personnel

☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

PENALTY: Counts 1 & 2: Max. 20 years imprisonment; $250k fine; max. 3 year supervised release
Count 3: Max 8 years imprisonment; $250k fine; max. 3 years SR
Count 4: Max 10 years imprisonment, $250k fine; max. 3 years SR

**DEFENDANT - U.S**
▶ Reshma Kamath

**DISTRICT COURT NUMBER**
CR 25 371 EMC

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Jeremy Purchase, Special Agent, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Craig H. Missakian
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Kevin Yeh

## DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments: