1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  KEVIN YEH (CABN 314079)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       (415) 436-7063
7      kevin.yeh@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,              )   NO.: CR 25-371 EMC
                                           )
13         v.                              )
                                           )   MOTION FOR SEALING ORDER AND
14  RESHMA KAMATH,                         )   [PROPOSED] ORDER
                                           )
15         Defendant.                      )   UNDER SEAL
                                           )
16                                         )
                                           )
17

18

19         The United States of America moves this Court for an order sealing this Motion, the Indictment

20  and Arrest Warrant in this matter, and this Sealing Order until further order of the Court. Disclosure of

21  the existence of these documents may cause the defendant to flee or conceal ongoing criminal activity,

22  jeopardizing the progress of the ongoing investigation and the arrest of the defendant.

23         Accordingly, the United States requests that the Court seal these documents, except that the

24  Clerk of Court shall provide copies of the sealed documents to the United States Attorney's Office. The

25  United States is permitted to share these documents as necessary with defense counsel and with agents

26  of the Federal Bureau of Investigation and other law enforcement officers.

27         //

28         //

MOTION FOR SEALING ORDER                        1                                      v. 2/22/2020

## [~~PROPOSED~~] ORDER

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the Motion to Seal, Indictment, Arrest Warrant, this Sealing Order, and other related documents in this case shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to agents of the Federal Bureau of Investigation, other law enforcement, and the United States Attorney's Office, and the Indictment and Arrest Warrant may be disclosed to federal agents and other law enforcement officers to effectuate the arrest of the defendants. The United States Attorney's Office is permitted to share these documents as necessary with defense counsel.

**IT IS SO ORDERED.**

DATED:  November 4, 2025

_____
HON. LISA J. CISNEROS
United States Magistrate Judge