UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RESHMA KAMATH,<br><br>　　　　Defendant. | Case No.  25-cr-00371-EMC-1 (LB)<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

The defendant appeared before the undersigned United States Magistrate Judge. For good cause shown, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant.

**IT IS SO ORDERED.**

Dated: November 13, 2025

_____
LAUREL BEELER
United States Magistrate Judge

ORDER FOR RELEASE 25-cr-00371-EMC-1