JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Ned_Smock@fd.org

Counsel for Defendant KAMATH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 25-cr-371 EMC |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO PERMIT SUBMISSION OF PASSPORT ON NOVEMBER 25, 2025** |
| RESHMA KAMATH, | |
| Defendant. | |

    Reshma Kamath had her initial appearance on November 13, 2025 and was released from custody. One condition of release was that Ms. Kamath turn in her passport by November 17, 2025.

    Ms. Kamath has a trip to Texas scheduled for tomorrow, November 18, 2025 through November 24, 2025. The Court approved this trip at the November 13, 2025 hearing. Ms. Kamath realized that her California Driver's License is not a Real ID, and she is concerned because as of May 7, 2025 Read ID is required for domestic air travel. A U.S. passport is an accepted alternate

form of identification, so Ms. Kamath would like to use her passport to facilitate the trip to Texas.

Accordingly, the defense asks that the deadline to turn in Ms. Kamath's passport be changed to November 25, 2025.  The defense has discussed this motion with United States Pretrial Services and the government.  Neither opposes this request.

|  |  |
|---|---|
| November 17, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
|  | /S/<br>NED SMOCK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

|  |  |
|---|---|
| November 17, 2025<br>Dated | HON. LAUREL BEELER<br>United States Magistrate Judge |