JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          Ned_Smock@fd.org

Counsel for Defendant KAMATH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RESHMA KAMATH,<br><br>Defendant. | Case No.: 25-cr-371 JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

    The above captioned matter is scheduled for a status conference on January 7, 2026. The government provided an initial batch of discovery last month. The defense is engaged in review of that discovery and has commenced its investigation. In addition, the defense submitted a discovery request and is awaiting responsive documents from the government. Additional time is needed for discovery review, receipt of additional discovery, investigation, and meetings between counsel and the defendant. The parties therefore request that the matter be rescheduled for further status on March 4, 2026 at 11:00 a.m.

The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence, between January 7, 2026, and March 4, 2026. The parties further stipulate that the ends of justice served by excluding the period from January 7, 2026, and March 4, 2026, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

| December 23, 2025<br>Dated | CRAIG H. MISSAKIAN<br>United States Attorney<br>Northern District of California |
|---|---|
| | _____/S_____<br>KEVIN YEH<br>Assistant United States Attorney |
| December 23, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | _____/S_____<br>NED SMOCK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

_____    _____
        Dated                              HON. JOHN A. MENDEZ
                                           United States District Judge

STIPULATION AND [PROPOSED] ORDER 2