1 JODI LINKER
2 Federal Public Defender
Northern District of California
3 NED SMOCK
Assistant Federal Public Defender
4 19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
5 San Francisco, CA 94102
Telephone: (415) 436-7700
6 Facsimile: (415) 436-7706
Email: Ned_Smock@fd.org
7
8 Counsel for Defendant KAMATH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: 25-cr-371 EMC (LB) |
|---|---|
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO PERMIT TEMPORARY RELEASE OF PASSPORT** |
| RESHMA KAMATH, | |
| Defendant. | |

    Reshma Kamath had her initial appearance on November 13, 2025 and was released from custody. One condition of release was that Ms. Kamath turn in her passport, which she has since done.

    Ms. Kamath has applied to get a California REAL ID. She has an appointment at the DMV on the afternoon of February 6, 2026. She is required to bring proof of identity, and her US Passport is the document that fits the requirement. Ms. Kamath will not use the passport for any

other purpose. Accordingly, the defense asks that counsel be permitted to pick up Ms. Kamath's passport on February 5 and that Ms. Kamath return the passport to Pretrial Services on Monday, February 9, 2026. Ms. Kamath's DMV appointment is at 2:30 p.m. on Friday February 6 in Fremont, so it seems unlikely she would be able to get it to Pretrial Services by the close of business on that day. The defense has discussed this motion with United States Pretrial Services and the government. Neither opposes this request.

January 29, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
NED SMOCK
Assistant Federal Public Defender

IT IS SO ORDERED.

_____
Dated

_____
HON. LAUREL BEELER
United States Magistrate Judge