DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 00:18

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ada Means | REPORTER/FTR<br>11:35-11:53 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>Laurel Beeler | DATE<br>February 9, 2026 | NEW CASE<br>☐ | CASE NUMBER<br>3:25-cr-0371-JAM-1 |

## APPEARANCES

| DEFENDANT<br>Reshma Kamath | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ned Smock | PD. ☒ RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|

| U.S. ATTORNEY<br>Daniel Kassabian | INTERPRETER<br>Not required | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Jose Obien | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>00:18 | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO:<br>February 11, 2026 | ☐ ATTY APPT HEARING | ☒ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>11:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON.<br>Beeler | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

In light of the February 4, 2026 incident, pretrial services is recommending for the defendant to be detained. The Court modified the defendant's release conditions as follows: Defendant must be assessed for mental health treatment. Pretrial Services to provide an update on situation with defendant's neighbor.

DOCUMENT NUMBER: