CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KEVIN YEH (CABN 314079)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     (415) 436-7063
     kevin.yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00371-JAM |
| v. | STIPULATION AND PROTECTIVE ORDER [PROPOSED] |
| RESHMA KAMATH, | |
| Defendant. | |

With the agreement of the parties, the Court enters the following Protective Order:

Upon receipt of a discovery request, the United States will produce documents and other materials pertaining to the above-captioned case to defense counsel.

**Personal Identifying Information**

The discovery to be provided may include documents or other materials containing the following ("Protected Information"):

1.  Personal Identifying Information of any individual (other than his or her name), including any person's date of birth, social security number, residence address, telephone numbers, email addresses, driver's license number, names of persons who are minors, or criminal

histories ("Personal Identifying Information").

The United States will identify discovery materials as Protected Information by marking such materials "CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER" or by providing written notice identifying discovery materials as Protected Information. The government shall exercise reasonable care in determining which discovery materials should be designated as Protected Information in order to avoid the over-designation of discovery materials as Protected Information.

To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

**IT IS HEREBY ORDERED** that defense counsel, their investigators, assistants, employees, and independent contractors (collectively, "the Defense Team") may review with the defendant all discovery material produced by the government, but shall not provide a defendant with copies of, or permit defendant to make copies of, or have unsupervised access to any discovery material produced by the government that contains Protected Information, unless the Protected Information has first been **entirely redacted** from the discovery materials. The government and defense counsel are ordered to work together to ensure that these materials are protected, but that defendant has as much access to the materials as can be provided consistent with this Court's order. Discovery material that clearly pertains to a specific defendant and does not contain Protected Information regarding any other person (*e.g.*, defendant's own bank records, telephone records, and business records) may be provided to that defendant unredacted.

The Defense Team may show witnesses Protected Information in the course of preparing a defense for trial or any related proceedings in this case, but only if (i) the witness, by reason of their participation in the underlying events or conduct, would have seen or had reason to know such information, or (ii) it is otherwise relevant to the defense of the case that the Defense Team discuss with or show the witness Protected Information. Witnesses may only view Protected Information in the presence of the Defense Team. No witness or potential witness may retain copies of discovery material that contains Protected Information after his or her review of those materials with the Defense Team is complete.

Defense counsel may also provide unredacted copies of Protected Information to any experts retained to assist with the preparation of the defense in the captioned case. The defendant, all members

1    of the Defense Team, and any experts who receive Protected Information under this Order shall be

2    provided a copy of this Order along with those materials and shall sign and date the order reflecting their

3    agreement to be bound by it.

4          The Defense Team shall maintain Protected Information safely and securely, and shall exercise

5    reasonable care in ensuring the confidentiality of those materials by not divulging the contents or

6    permitting anyone to see Protected Information except as set forth in this Protective Order.

7          The materials provided pursuant to this protective order may only be used for the specific

8    purpose of preparing or presenting a defense in this matter unless specifically authorized by the Court.

9          This Order shall also apply to any copies made of any materials covered by this Order.

10    **<center>Attorneys' Eyes Only Materials</center>**

11          The discovery to be provided may include documents or other materials containing information

12    that is particularly sensitive because disclosure of such information poses a risk of harm to individuals

13    and could compromise ongoing investigations ("Attorneys' Eyes Only Materials").

14          The United States will identify discovery materials as Attorneys' Eyes Only Materials by

15    marking such materials "ATTORNEYS' EYES ONLY MATERIALS" or by providing written notice

16    identifying discovery materials as Attorneys' Eyes Only Materials.  To balance the needs of the defense

17    to prepare and the need to protect witnesses from potential harm, the parties have agreed that Attorneys'

18    Eyes Only Materials will be produced or shown only to defense counsel and not to any defendant.

19          If defense counsel disputes the government's designation of specific materials Attorneys' Eyes

20    Only Materials, then, after meeting and conferring with the government, defense counsel or the

21    government may seek court intervention to resolve the dispute.  Pending resolution of the dispute, the

22    disputed materials shall continue to be treated Attorneys' Eyes Only Materials subject to the terms of

23    this Order.

24          To protected against unauthorized disclosure or misuse of Attorneys' Eyes Only Materials, **IT IS**

25    **HEREBY ORDERED** that defense counsel's possession and use of materials designated as Attorneys'

26    Eyes Only Materials are subject to the following restrictions:

27          1.    Except when actively being examined for preparation of the defense in this case, all

28    Attorneys' Eyes Only Materials shall be maintained in a locked, safe, and secure drawer, cabinet, room,

safe, or a password-protected or encrypted secure electronic device, which is accessible only to defense counsel and those allowed access to Attorneys' Eyes Only Materials. The password for all secure electronic devices shall not be kept with or be affixed to the electronic device.

2.     The following individuals may examine Attorneys' Eyes Only Materials for the sole purpose of preparing the defense in this case and for no other purpose:

a)     counsel for defendant;

b)     members of defense counsel's law office who are assisting with preparing the defense; and

c)     paralegals, law clerks, discovery coordinators, investigators and/or experts (including mitigation experts) retained by the defendant or assigned by the Court as legal representatives to assist in the defense of this matter (the individuals in this subsection may obtain copies of Attorneys' Eyes Only Materials so long as they secure them pursuant to the requirements of this Order).

If defense counsel determines that additional persons require access to Attorneys' Eyes Only Materials, defense counsel must first meet and confer with the government. If the parties agree that the additional persons may have access to Attorneys' Eyes Only Materials, that agreement shall be documented in writing, and defense counsel need not make any further application to the Court. If the parties cannot agree, defense counsel may make a motion to the Court with sufficient notice for the government to assert its objection.

3.     A copy of this Protective Order shall be maintained with every copy of Attorneys' Eyes Only Materials at all times.

4.     All individuals other than defense counsel who receive access to Attorneys' Eyes Only Materials shall, prior to receiving access to the materials, sign a copy of this Order acknowledging that:

a)     they have reviewed this Order;

b)     they understand and will abide by the Order;

c)     they agree that they will only access Attorneys' Eyes Only Materials for the purposes of preparing the defense; and

d)     they understand that failure to abide by this Order may result in sanctions by this

1    Court.

2    These signed copies shall be maintained by defense counsel.

3    5.    No person other than those specified in paragraph 2 above shall be allowed to examine or

4    copy Attorneys' Eyes Only Materials, and the contents or substance of Attorneys' Eyes Only Materials

5    shall not be shared with any other person without further order of the Court. Examination of Attorneys'

6    Eyes Only Materials shall be done in a secure environment which will not expose the materials to

7    persons other than those specified in paragraph 4.

8    6.    Attorneys' Eyes Only Materials may only be duplicated to the extent necessary to prepare

9    the defense of this matter. Any duplicates will be treated as originals in accordance with this Order.

10                                                    ***

11    **IT IS FURTHER ORDERED** that if a party files a pleading that contains or attaches Protected

12    Information or Attorneys' Eyes Only Materials subject to this Order, the Protected Information or

13    Attorneys' Eyes Only Materials must be filed under seal (accompanied by a request to file under seal)

14    and redacted from the public filing, unless otherwise ordered by the Court.

15    **IT IS FURTHER ORDERED** that after any judgment or disposition has become final and there

16    are no pending proceedings, challenges, appeals, or habeas motions in the case, counsel for defendant

17    shall either destroy discovery materials containing Protected Information or Attorneys' Eyes Only

18    Materials (including any copies) within 30 days if the defendant consents to such destruction, or retain

19    the Protected Information or Attorneys' Eyes Only Materials and ensure that the Protected Information

20    or Attorneys' Eyes Only Materials will continue being kept under the conditions specified in this Order.

21    After the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is

22    free to destroy documents and materials subject to this Order. If defendant is represented by counsel and

23    files a motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents

24    and materials subject to this Protective Order under the terms of this Order.

25    This stipulation is without prejudice to either party applying to the Court to modify the terms of

26    any protective order. This Court shall retain jurisdiction to modify this Order upon motion of either

27    party even after the conclusion of district court proceedings in this case.

28

1    **IT IS SO STIPULATED.**                CRAIG H. MISSAKIAN
2                                            United States Attorney

3

4    Dated: March 3, 2026                    ___/s/  Kevin Yeh_____
5                                            KEVIN YEH
                                             Assistant United States Attorney
6

7                                            ___/s/  Ned Smock_____
8                                            Counsel for Reshma Kamath

9

10

11

12   **IT IS SO ORDERED.**

13

14

15   Dated:                                  HON. JOHN A. MENDEZ
                                             United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

By signing below, I acknowledge that I have been provided and have reviewed a copy of this Order and hereby agree to be bound by its terms:

| SIGNATURE | DATE |
|-----------|------|
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |
|           |      |