JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Ned_Smock@fd.org

Counsel for Defendant KAMATH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RESHMA KAMATH,<br><br>Defendant. | Case No.: 25-cr-371 JAM (LB)<br><br>**MOTION SEEKING APPROVAL OF REVISED TRAVEL SCHEDULE** |

On June 12, 2026 this Court granted a defense motion for permission to travel out of district. ECF No. 43.  At the time, Ms. Kamath anticipated returning to the Bay Area from Arizona on July 6, 2026.  Ms. Kamath has informed the undersigned and Pretrial that she would like to remain in Arizona through August 12, 2026 because she has tasks to perform related to a property that require her physical presence there.  Her next court date in this case is August 17, 2026.

Accordingly, the defense submits this motion seeking approval for Ms. Kamath to remain in Arizona through August 12, 2026.  In response to an email inquiry about United States Pretrial Services' position on this request, the assigned Pretrial officer indicated that Pretrial services has

concerns and defers to the court. Its concerns were documented in the motion at ECF no. 40.

Counsel for the government noted that the government objects to this request.

June 6, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
NED SMOCK
Assistant Federal Public Defender

IT IS SO ORDERED.

July 7, 2026
Dated

HON. LAUREL BEELER
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER 2